IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG (CHARLOTTESVILLE) DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL D. McCAMY and | ) | Bankr. Case No. 13-60142 |
| PAMELA L. McCAMY, | ) | |
| | ) | |
| Debtors. | ) | |
| ------------------------------------------------------ | ) | |
| JUDY A. ROBBINS, | ) | |
| UNITED STATES TRUSTEE | ) | |
| FOR REGION FOUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 13-06068 |
| | ) | |
| MICHAEL D. McCAMY and | ) | |
| PAMELA L. McCAMY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DISMISSING ADVERSARY PROCEEDING

This cause came to be heard at the continued pre-trial hearing on the United States Trustee's complaint objecting to discharge and the United States Trustee's motion to dismiss this case.

Upon agreement of the parties for the underlying bankruptcy case to be dismissed pursuant to the United States Trustee's Motion to Dismiss with conditions, this adversary proceeding is dismissed without prejudice.

The Clerk is directed to send electronic notifications of the entry of this Order to all registered users of the CM/ECF system that have appeared in this case and no further service shall be necessary.

Enter 27th day of January, 2014

*Rebecca B Connelly*

_____
United States Bankruptcy Court Judge

I ask for this:

*/s/ Margaret K. Garber*
Office of the United States Trustee
margaret.k.garber@usdoj.gov
(540) 857-2806

Seen:

*C. Lamar Garren by Margaret K. Garber with permission*
Counsel for the debtors/defendants